**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ruben ALVAREZ–CERVANTES,**
**Defendant–Appellant.**

**No. 10–10155.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2011.*

Filed March 15, 2011.

Kristen Brook Kelly, Esquire, Assistant U.S. Attorney, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Adam N. Bleier, Law Offices of Adam N. Bleier, Tucson, AZ, for Defendant–Appellant.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Ruben Alvarez–Cervantes appeals from the revocation of his supervised release and the 12–month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Alvarez–Cervantes' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.